UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Demetrius Ball

v.    Case No. 11-cv-404-PB

Strafford County Department of Corrections

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 7, 2012, no objection having been filed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO   ORDERED.


April 1, 2012    /s/ Paul Barbadoro
            Paul Barbadoro
            United States District Judge

cc: Demetrius Ball, Pro se.